IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

05 JUL 26 AM 8:30

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

|  |  |
|---|---|
| UNITED STATES OF AMERICA<br>    Plaintiff,<br><br>VS.<br><br>LUIS IVAN TORRES<br>    Defendant. | )<br>)<br>)<br>)   CR. NO. 03-20415-Ml<br>)<br>)<br>)<br>) |

### ORDER ON CHANGE OF PLEA

    This cause came on to be heard on July 25, 2005, the United States Attorney for this district, David Henry, appearing for the Government and the defendant, Luis Ivan Torres, appearing in person and with counsel, Eugene Laurenzi, who represented the defendant.

    With leave of the Court, the defendant withdrew the not guilty plea heretofore entered and entered a plea of guilty to Count 1 of the Indictment.

    Plea colloquy was held and the Court accepted the guilty plea.

    **SENTENCING** in this case is **SET** for **FRIDAY, OCTOBER 21, 2005,** at **9:00 a.m., before Judge Jon Phipps McCalla.**

    Defendant is remanded to the custody of the U. S. Marshal.

    **ENTERED** this the 25 day of July, 2005.

JON PHIPPS McCALLA
UNITED STATES DISTRICT COURT

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on 7-26-05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 152 in case 2:03-CR-20415 was distributed by fax, mail, or direct printing on July 26, 2005 to the parties listed.

---

Eugene A. Laurenzi
GODWIN MORRIS LAURENZI & BLOOMFIELD, P.C.
50 N. Front St.
Ste. 800
Memphis, TN 38103

David Charles Henry
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Jon McCalla
US DISTRICT COURT