IN THE UNITED STATES DISTRICT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

05 OCT 19 AM 9:55

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

UNITED STATES OF AMERICA,

    Plaintiff,

v.                           CASE NO.:2:03-cr-20415

LUIS TORRES,

    Defendant.

## ORDER ON DEFENDANT'S MOTION TO CONTINUE SENTENCING

**IT APPEARING TO THE COURT** for good cause shown, that the Defendant's Motion to Continue the sentencing of the Defendant in this case be granted. Sentencing is RESET to Wednesday, November 2, 2005 at 8:45 am.

ALL OF WHICH IS ORDERED, ADJUDGED AND DECREED, this 19 day of October, 2005.

JUDGE JON PHIPPS MCCALLA

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on 10-19-05



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 162 in case 2:03-CR-20415 was distributed by fax, mail, or direct printing on October 19, 2005 to the parties listed.

---

David Charles Henry
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Eugene A. Laurenzi
GODWIN MORRIS LAURENZI & BLOOMFIELD, P.C.
50 N. Front St.
Ste. 800
Memphis, TN 38103

Honorable Jon McCalla
US DISTRICT COURT