IN THE UNITED STATES DISTRICT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY ule D.C.

05 DEC 19 PM 5:48

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                    CASE NO.:2:03-cr-20415

LUIS TORRES,

    Defendant.

## ORDER ON DEFENDANT'S MOTION TO CONTINUE SENTENCING

**IT APPEARING TO THE COURT** for good cause shown, that the Defendant's Motion to Continue the sentencing of the Defendant in this case be granted.

ALL OF WHICH IS ORDERED, ADJUDGED AND DECREED, this 19th day of Dec., 2005.

_____
JUDGE JON PHIPPS MCCALLA

Case Reset to: 1/4/06 @ 9:30 A.M.

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on 12-20-05

173

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 173 in case 2:03-CR-20415 was distributed by fax, mail, or direct printing on December 20, 2005 to the parties listed.

---

Eugene A. Laurenzi
GODWIN MORRIS LAURENZI & BLOOMFIELD, P.C.
50 N. Front St.
Ste. 800
Memphis, TN 38103

David Charles Henry
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Jon McCalla
US DISTRICT COURT